**15-1321**

# United States Court of Appeals

## FOR THE FEDERAL CIRCUIT

SECURE WEB CONFERENCE CORPORATION,

*Plaintiff-Appellant,*

—v.—

MICROSOFT CORPORATION,

*Defendant-Appellee,*

LOGITECH, INC.,

*Defendant.*

——————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK, CASE NO. 2:13-CV-02642
JOHN GLEESON, JUDGE

## MICROSOFT CORPORATION'S MOTION
## TO RESCHEDULE THE
## DECEMBER 7, 2015 ORAL ARGUMENT

WILLIAM F. CAVANAUGH, JR.
CHAD J. PETERMAN
PATTERSON BELKNAP WEBB & TYLER
LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Defendant-Appellee*

## CERTIFICATE OF INTEREST

Counsel for the Defendant-Appellee certifies the following:

1. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Microsoft Corporation

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

William F. Cavanaugh, Jr., Chad J. Peterman, Ryan M. Mott, Zhiqiang Liu of Patterson Belknap Webb & Tyler LLP.

Defendant-Appellee Microsoft Corporation ("Microsoft") respectfully moves this Court to reschedule the December 7, 2015 oral argument in this matter. The reason for the request is the unexpected unavailability of in-house counsel responsible for the appeal to attend the oral argument.  It is Microsoft's policy to have the responsible in-house attorney attend arguments in this Court.

In-house counsel has travel obligations that prevent attendance at the oral argument.  In-house counsel did not have a conflict with the originally scheduled argument date of November 5, 2015, but has a direct conflict with the rescheduled date.  Outside counsel for Microsoft was unaware of this conflict prior to receiving notice of the December 7, 2015 oral argument and was, thus, unable to notify the Court earlier.

Microsoft, including outside and in-house counsel, is available for oral argument during this Court's January, March, and April 2016 sessions.

Dated:          October 23, 2015

/s/   Chad J. Peterman
William F. Cavanaugh, Jr.
Chad J. Peterman
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Tel. (212) 336-2000
Fax (212) 336-2222

*Attorneys for Defendant-Appellee*
*Microsoft Corporation*

### STATEMENT REGARDING OPPOSITION

Before filing this motion I consulted with counsel representing

Plaintiff-Appellant Secure Web Conference Corporation ("SWC").  They advised

me that SWC opposed the requested relief.

Dated:        October 23, 2015

/s/   Chad J. Peterman
William F. Cavanaugh, Jr.
Chad J. Peterman
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 336-2000
Fax:  (212) 336-2222

Attorneys for Defendant-Appellee
Microsoft Corporation

**15-1321**

# United States Court of Appeals

## FOR THE FEDERAL CIRCUIT

SECURE WEB CONFERENCE CORPORATION,

*Plaintiff-Appellant,*

—v.—

MICROSOFT CORPORATION,

*Defendant-Appellee,*

LOGITECH, INC.,

*Defendant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK, CASE NO. 2:13-CV-02642
JOHN GLEESON, JUDGE

## PROPOSED ORDER

IT IS HEREBY ORDERED that the December 7, 2015 oral argument date in this appeal is postponed.  The Court will reschedule the oral argument in the normal course.

Dated: _____, 2015          SO ORDERED:


_____
Judge, U.S. Court of Appeals

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 23, 2015, Microsoft Corporation's Motion To Reschedule The December 7, 2015 Oral Argument, was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system., and that I caused a true and correct copy of the same to be served by first class mail on all counsel of record at the following addresses:

James D. Berquist
Wayne M. Helge
DAVIDSON BERQUIST JACKSON & GOWDEY, LLP
8300 Greensboro Drive, Suite 500
McLean, VA 22102
(571) 765-7700

Jonathan T. Suder
Decker A. Cammack
FRIEDMAN, SUDER & COOKE, P.C.
Tindall Square Warehouse No. 1
604 E. 4th St., Suite 200
Fort Worth, TX 76102
(817) 334-0400

*Attorneys for Plaintiff-Appellant*
*Secure Web Conference Corporation*

/s/   *Chad J. Peterman.*
Chad J. Peterman.