2015-1321

# United States Court of Appeals for the Federal Circuit

SECURE WEB CONFERENCE CORPORATION,

*Plaintiff – Appellant,*

v.

MICROSOFT CORPORATION,

*Defendant – Appellee,*

LOGITECH INC.,

*Defendant.*

*On Appeal from the United States District Court for the Eastern District of New York in Case No. 2:13-cv-02642 Judge John Gleeson*

## PLAINTIFF-APPELLANT'S OPPOSITION TO THE MOTION TO RESCHEDULE ORAL ARGUMENT

JAMES DANIEL BERQUIST
WAYNE MICHAEL HELGE
DAVIDSON BERQUIST JACKSON
 & GOWDEY, LLP
8300 Greensboro Drive
Suite 500
McLean, VA 22102
(571) 765-7700
jay.berquist@davidsonberquist.com
wayne.helge@davidsonberquist.com

JONATHAN T. SUDER
DECKER A. CAMMACK
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No.1
604 E. 4th Street, Suite 200
Fort Worth, TX 76102
(817) 334-0400
jts@fsclaw.com
cammack@fsclaw.com

*Counsel for Appellant*

OCTOBER 26, 2015

# CERTIFICATE OF INTEREST

Counsel for appellant SECURE WEB CONFERENCE CORPORATION certifies the following:

1. The full name of every party represented by me is SECURE WEB CONFERENCE CORPORATION.

2. The real party in interest is the same as the party represented.

3. SECURE WEB CONFERENCE CORPORATION is wholly owned by ITUS PATENT ACQUISITION CORPORATION, which is in turn wholly owned by ITUS CORPORATION, a publicly traded Delaware corporation.

4. The names of all law firms and the partners or associates that appeared for the parties now represented by me in the trial court or are expected to appear for the parties in this court are:

| | |
|---|---|
| James D. Berquist<br>Wayne M. Helge<br>DAVIDSON BERQUIST JACKSON &<br>    GOWDEY, LLP | Jonathan T. Suder<br>Decker A. Cammack<br>FRIEDMAN, SUDER & COOKE |
| Gregory O. Koerner, Esquire<br>KOERNER LAW FIRM | |

/s/ *Wayne M. Helge*
Wayne M. Helge

Plaintiff-Appellant Secure Web Conference Corporation ("SWCC") respectfully opposes Defendant-Appellee Microsoft's motion to reschedule the December 7, 2015 oral argument date. SWCC denies that Microsoft's basis meets the Court's standard for rescheduling oral argument.

According to this Court's Practice Notes, "[o]nce scheduled, a case will not be postponed except on motion showing compelling reasons. Counsel … should not wait until an actual conflict arises." Federal Circuit Rules at 73. Both SWCC and Microsoft previously notified this Court of conflicts with the Court's oral argument session calendar, and were well-aware of the Court's requirement to identify potential conflicts prior to scheduling of oral argument. It appears that Microsoft is now seeking a postponement because one of its in-house counsel has a scheduling conflict with the oral argument date. Further, Microsoft offers no explanation of the steps that were taken to identify that in-house counsel's possible conflicts with this Court's session calendar, or when that in-house counsel's conflicting travel obligations arose.

Indeed, if it is Microsoft's "policy to have the responsible in-house attorney attend arguments in this Court," as Microsoft contends, it is reasonable to expect that Microsoft also has a policy for identifying potential conflicts in this Court according to this Court's Rules of Practice. Microsoft makes no mention of whether such policy exists, and if so, whether such policy was

followed in this instance. Further, Microsoft offers no explanation whether another in-house counsel is available to observe the oral argument.

Under the circumstances as Microsoft has explained them, SWCC respectfully submits that Microsoft has failed to establish "compelling reasons" to justify postponing the currently-scheduled oral argument date.

| | |
|---|---|
| October 26, 2015 | Respectfully submitted, |
| | /s/ *Wayne M. Helge*<br>James D. Berquist<br>Wayne M. Helge<br>DAVIDSON BERQUIST JACKSON & GOWDEY, LLP<br>8300 Greensboro Drive, Suite 500<br>McLean, VA 22102<br>(571) 765-7700 |
| | JONATHAN T. SUDER<br>DECKER A. CAMMACK<br>FRIEDMAN, SUDER & COOKE<br>Tindall Square Warehouse No.1<br>604 E. 4th Street, Suite 200<br>Fort Worth, TX 76102<br>(817) 334-0400 |
| | Counsel for Plaintiff-Appellant Secure Web Conference Corporation |

# CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2015, Plaintiff-Appellant's Opposition to the Motion to Reschedule Oral Argument was electronically filed with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

William F. Cavanaugh, Jr, Esquire
Chad J. Peterman
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
WFCavanaugh@pbwt.com
CJPeterman @pbwt.com

/s/ *Wayne M. Helge*
Wayne M. Helge